**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Tyhesha Marie Maxwell, Case No. 25-42986

Debtor. Chapter 7

---

# ORDER DISMISSING CASE

---

This case is before the Court on the US Trustee's motion to dismiss the case under 11 U.S.C. § 707(a). D.E. 18. The Debtor failed to appear at the Section 341 meeting as required by 11 U.S.C. § 343 on multiple occasions. Debtor has failed to respond to this motion.

Therefore, based on the record,

**IT IS ORDERED:**

1. This case is dismissed without prejudice.

**BY THE COURT:**

Dated: *January 14, 2026*

s/ Mychal A. Bruggeman

Mychal A. Bruggeman
United States Bankruptcy Judge