**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Tyhesha Marie Maxwell, Case No. 25-42986

Debtor. Chapter 7

## ORDER DISMISSING CASE

This case is before the Court on the US Trustee's motion to dismiss the case under 11 U.S.C. § 707(a). D.E. 18. The Debtor failed to appear at the Section 341 meeting as required by 11 U.S.C. § 343 on multiple occasions. Debtor has failed to respond to this motion.

Therefore, based on the record,

**IT IS ORDERED:**

1. This case is dismissed without prejudice.

**BY THE COURT:**

Dated: *January 14, 2026*

s/ Mychal A. Bruggeman

Mychal A. Bruggeman
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 25-42986-MAB
TYHESHA MARIE MAXWELL Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 2
Date Rcvd: Jan 14, 2026 Form ID: pdf222 Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TYHESHA MARIE MAXWELL, 45 BUTLER AVENUE EAST #430, WEST ST. PAUL, MN 55118-1784 |
| 63483720 | + | AUTOVEST, LLC, 26261 EVERGREEN ROAD, STE 300, SOUTHFIELD, Ml 48076-7509 |
| 63483722 | + | MOHELNDOFED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 63483723 | + | PUBLIC STORAGE, 9525 SOUTH ROBERT TRAIL, INVER GROVE HEIGHTS, MN 55077-4403 |
| 63483724 | + | VELAIR PROPERTIES, 7645 LYNDALE AVENUE SOUTH, RICHFIELD, MN 55423-4084 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63483721 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 14 2026 21:50:00 | FIRST PREMIER BANK, 3820 NORTH LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 63491938 | | Email/Text: EBN@Mohela.com | Jan 14 2026 21:41:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63055 |
| 63483725 | ^ | MEBN | Jan 14 2026 21:38:40 | XCEL ENERGY, PO BO 4176, CAROL STREAM, IL 60197-4176 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
|---|---|
| Mary Jo A Jensen-Carter | trustee1@buckleyjensen.com trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com |
| Sarah J Wencil | on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3